

FILED

JUN 24 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
_____KNOXVILLE_____ DIVISION

CLEMMIE LEE MITCHELL JR
Name of Plaintiff(s)

v.

TENNOVA HEALTHCARE  etal
Name of Defendant(s)

Case No. 3:13-CV-364
(To be assigned by Clerk)

Varlan/Guyton

REQUEST FOR JURY TRIAL

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   EMTALA VIOLATION PURSUANT TO 42 U.S.C. § 1395dd(a),

   Common Law Neglingece   Pursuant to 42 U.S.C. 1395dd(1)(B)

2. Plaintiff, __Clemmie Lee Mitchell Jr._____ resides at

   __2630 Carson Avenue_____, __Knoxville__ ,
   Street address                                                  City

   __Knox__ , __TN__ , __37917__ , __865-253-3562__ ,
   County        State        Zip Code        Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)

3.  Defendant, Tennova Healthcare resides at

    900 East Oak Hill Avenue                , Knoxville        ,
    Street address                            City

    Knox           , TN    , 37917 , 865-545-8000 ,
    County           State    Zip Code   Telephone Number

    (If more than one defendant, provide the same information for each defendant below.)

4.  Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

    ```
    Defendant Tennova Healthcare violated The EMTALA 42 U.S.C.
    § 1395dd(a) and § 1395dd(1)(B),: When on the day of June 21,
    Plaintiff Clemmie Lee Mitchell Jr. entered the Emergency room
    at Tennova Health Care, accompanied by Donald Johnson and
    Sara King. Emergency Room Staff admitted Plaintiff and
    Physician Jane Doe an employee working in The Emergency Room
    at Tennova Healthcare escorted Plaintiff, Donald Johnson and
    Sara King to a private room to await treatment for sevier leg
    Trauma which Plaintiff explained during intake happened while
    at work as an employee at Superior Steel Inc. Physician Jane
    Doe returned to the private room and told Plaintiff that She
    could not provide any medical services to Plaintiff and That
    Plaintiff needed to contact Chris Cummings over Human Resour-
    ces. Under duress and severe pain in my left knee plaintiff
    was wheel chaired to the exit and discharged without service.
    ```

STATEMENT CONTINUED

Plaintiff was taken to Superior Steel to speak with Ms. Cummings and the front office was closed and she had gone home for the day and Plaintiff was taken home by Sara King And Donald Johnson. Plaintiff laid in Plaintiffs apartment the entire night in pain unable to to do anything to help himself. On Friday June 22, 2012 Donald Johnson and Sara King came to plaintiffs apartment and drove plaintiff to Superior Steel InC. Plaintiff spoke with Ms. Cummings over Human resources and filled out insurance paperwork. I was thereby assisted to park med where I was diagnosed with a broken leg and referred to The Knoxville Orthepedic Clinic for emeregency surgery, Which was performed by Dr. Mathew Rappee. Defendant Tennova Healthcare failed to provide the the necessary services require pursuant to the EMTALA and Plaintiff suffered in pain for moe than 24 hours as result.

3

5.  Prayers for Relief (List what you want to Court to do):

   a. Award Plaintiff compensary damages in the sum of $150,000. Pursuant to EMTALA Violations and Common Law Negligence.

   b. Award Plaintiff punitive damages in the sum of $350,000 Pursuant to EMTALA Violations and Common law Negligence.

   c. Order defendant Tennova Healthcare pay all court expenses attorney fees, ect, that may be associated with this Civil Complaint.

   d.

   _____

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this __21__ day of __June__, 20_13_.

_Clemmie Lee Mitchell Jr._
_____
_____
_____
(Signature of Plaintiff(s))